UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHN EMANUELE,

                Plaintiff,

     -against-

RANCH FOR KIDS, INC.,

                Defendant.
------------------------------------------------------------------X

**ORDER**

**17-CV-6426 (NGG) (SJB)**

NICHOLAS G. GARAUFIS, United States District Judge.

    Before the court is Magistrate Judge Sanket J. Bulsara's <u>sua sponte</u> report and recommendation ("R&R") that the court dismiss this case without prejudice due to Plaintiff's failure to timely serve Defendant or to show good cause for the delay. <u>See</u> Fed. R. Civ. P. 4(m). (R. & R. (Dkt. 11).) Because Plaintiff did not object to the R&R within fourteen days after it was served on him, the court reviews the R&R only for clear error. <u>See</u> 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); <u>Trs. of Metal Polishers Local 8A-28A Funds v. Prestige Restoration & Maintenance, LLC</u>, 986 F. Supp. 2d 159, 164-65 (E.D.N.Y. 2013). The court finds no clear error in Judge Bulsara's determination that Plaintiff had not demonstrated good cause warranting the extension <u>nunc pro tunc</u> of his time to effectuate service on Defendant.

    Accordingly, the court ADOPTS the R&R in its entirety. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

Dated: Brooklyn, New York
       May 14, 2018

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge